United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

VILLANUEVA-PENICHE,

          Defendant.

_____/

NO. CR 06-00437 JW

**SEALING ORDER PURSUANT TO GENERAL ORDER 54**

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_\_      Presentence Report

**X**      Plea Agreement

\_\_\_\_      Statement of Reasons

\_\_\_\_  _____
          (Other)

Dated: 07/12/06

                          JAMES WARE
                          United States District Judge